IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
: 1:24CR261
:
v. : (JUDGE MUNLEY)
:
ESTER N. MBAYA, :
Defendant :

## ORDER

**NOW,** this 2nd day of September, 2024, **IT IS HEREBY ORDERED THAT** an *initial appearance/arraignment/ plea hearing* in the above captioned case will be held on **Tuesday, October 15, 2024 at 1:30PM** in the William J. Nealon Federal Building and U.S. Courthouse, Courtroom #2, 235 N. Washington Avenue, Scranton, PA.

*s/Julia K. Munley*
Julia K. Munley
United States District Court