UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:24-CR-00261 |
| v. | : | (JUDGE MUNLEY) |
| ESTER N. MBAYA,<br>Defendant | : | (Electronically Filed) |

### PLEA

NOW, this 15th day of October 2024, the above-named Defendant, ESTER N. MBAYA, having been arraigned in open Court, hereby pleads __Guilty__ to the within Information.

x _[signature]_
ESTER N. MBAYA