IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **No. 1:24cr261** |
| | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **ESTER MBAYA,** | : | |
| **Defendant** | : | |

**ORDER**

**AND NOW**, to wit, this 2nd day of September 2026, in accordance with this court's memorandum, it is hereby **ORDERED** that:

1) Defendant's motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A), (Doc. 39), is **DENIED**.
2) Defendant's urgent motion to expedite and deem defendant's motion for compassionate release unopposed, (Doc. 42), is **DENIED**.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**